Rev. 7/06
CO Hab Corp
AO 241 amd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Kevin Charles Ford Sr
NAME (Under which you were convicted)

02076-000
PRISON NUMBER

Rivers Correctional Institution
PLACE OF CONFINEMENT/ADDRESS
PO Box 630, RCI
Winton North Carolina
Zip 27986

Case: 1:07-cv-00542
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: KEVIN C. FORD V. GEORGE SNYDER

Mr Kevin Charles Ford Sr         )
(Full Name)        Petitioner    )
                                 )
                                 )
         v.                      )    Civil Action No.: _____
                                 )    (To be filled in by Clerk)
George Snyder                    )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
         Respondent              )

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

Page 2

5. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: Superior Court of the District of Columbia

2. (a) Date of the sentence (or detention): 9-20-02

3. Length of sentence: (12) twelve month CAP

4. Nature of offense involved (all counts): Distribution of Herion, drop to Intent Distribution

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: I plead to Attempt Distribution of Heroin, I was given a (12) twelve month sentence, I was residing in the Effect Halfway house while going to court, At the time of Sentence on the date of 9-20-02, I had spent six months in the halfway house, the Judge order another 90 days to bring myself up to (9) nine months, and (90) Ninety days to be served on Supervise Probation, to total up to a (12) twelve month CAP Sentence

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☒ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: Superior Court of the District of Columbia
       (2) Nature of the proceedings: I was told by letter that my arguement did not lye in its jurisdiction in 2004, per Judge Ginne Kenry, Sentening Judge
       (3) Grounds raised: Judge Kenry Exceeded over the 12 month cap upon myself violating the 90 days of Supervise probation, by telling me to continue to Expirate on the twelve months, credited with time served, with an additional 90 days Supervise Release, nwhich turned into (5) five years without due process, And no motion filed, by Parole Commission to increase
       (4) Did you receive an evidentiary hearing on your petition, application or motion? my Sentence
           ☐ Yes
           ☒ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____
       (3) Grounds raised: _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____

Page 4

 (6) Date of result: _____

(c) As to any third petition, application, or motion, give the same information:
 (1) Name of Court: _____
 (2) Nature of the proceedings: _____
  _____
  _____

 (3) Grounds raised: _____
  _____
  _____
  _____

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes
  ☐ No
 (5) Result: _____
 (6) Date of result: _____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
 (1) First petition, etc."
  ☐ Yes
  ☒ No
 (2) Second petition, etc.:
  ☐ Yes
  ☐ No
 (3) Third petition, etc.:
  ☐ Yes
  ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: At the given time, I did not have the knowledge of where to file, also lacked information and documents to support my claim

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 9-20-02 Judge Kenry Sentence myself to a (12) twelve month cap, which in my opion seals any additional time, when I violated the (90) Ninety days of Supervise Probation, although offender was off of Supervise Probation, because Supervise Officer did not send a report until 5-22-03 way pass his date for a show cause Hearing, Petitioner was revoke on 7-24-03 by Judge Kenry and was told to continue to Expirate on the twelve month cap, Judge Kenry Exceeded the cap with an additional 90 days of Supervise Release, never asking why was the offender violated at such a late date, when his Supervise Probation should had been up as Early as of March 2003.
   Therefore Petitioner has finish his time and being held illegal, because motion was not file in time.

B. GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Although Petitioner violate the (90) Ninety days of Supervise Release He was not given due process because, the Parole Commission increase his sentence of (90) Ninety days to (5) five years without filing a motion to the sentinicy Judge Ms Ann Kenry to Enhance the Petitioner's sentence, there for, Petitioner is being held illegal on two occassions because on the first occassion he was offer an Expedited offer of (12) twelve months (48) forty Eight months Supervise Release, on the second he has been offer an (12) twelve month expedited offer, (36) thirty sixs months Supervise Release.
   Parole Commission still violated by not filing a motion to ask the sentencing Judge to increase my sentence

C. GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 7-24-03 Petitioner was held illegal over his time, because Judge Ann Kenry Sentence Petitioner to (12) twelve months credited with all time served, jail time, Halfway House time, Petitioner was to be release as Early as of October 2003, never the less, Petitioner was not release until 12-17-03, marshall service was notify to pick up and release immediately, Petitioner's Supervise Release should had been running and counting although he was being held illegal past his date, Supervise release should had been up as of January 2004, to no avail, because time was not computed correctly, there for, Petitioner continue's to be held illegal, residing on Supervise Release and was not violated until 2-17-2004 according to records (e.g Smart-Field Supervision - Running Record pg 11
   I was in the Hospital of January 2004, notify my Parole Officer until February of 2004 Please read Smart-FSRR pg 12
   Parole Certificate should had been brought to the hospital to sign for discharge of Supervise Release

x

D.  GROUND FOUR:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On the Sentence of Supervise Release, there was no Attorney Client relationship, because although my attorney Ms Corrine Shultz is indeed a good lawyer and women in heart, she lack the information of Supervise Release, because due process was not given by her or my Sentencing Judge Ms Ann Keary, indicating that if Supervise Release was violated, how my sentence could had been enhance to five years, no one explain this in court, I plead to a (12) twelve month cap, never the less the cap was exceeded over, therefore, I believe this is an illegal sentence, increasing it per parole commissioner without due process of a motion to be filed before the sentencing Judge Ms. Ann Keary to increase sentence.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: In the grounds of Supervise Release I was never given the chance to ask, because the marshall step me back immediately, and also, I never was taken back in front of my Sentencing Judge Ms. Ann Keary for the violation of Supervise release, I only seen the Parole Commissioner in which increase my sentence, with out a motion sign by the Judge Ms. Ann Keary. In the grounds of illegal detention in July 24-2003 until 12-17-03, I didn't have supporting documents until this year of 2006

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
   ☐ Yes
   ☒ No

   (a) If so, give the name and location of the court and case number, if known: _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
   ☐ Yes
   ☒ No

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

Page 7

(b)   And give date and length of sentence to be served in future: _____

_____

(c)   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐   Yes
☒   No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Mr. Kevin Ford Sr._
Petitioner's Signature

_12-27-06_
Date

...earing Assessment

| Date | Offense | Sentence |
|---|---|---|
| 12/09/1985 | UCSA Distribution Heroin | 3-9-88, 4 to 12 yrs (3-3) |
| 12/10/1985 | UCSA Distribution Cocaine | 3-16-88, 20 months to 5 yrs (concurrent to above)(4-3) Paroled 12-6-90. Revoked 12-9-91 (4-4). Reparoled 12-12-95. Revoked 11-96. (4-5) Reparoled 9-24-97. Revoked 4-20-99. (4-6) Reparoled 2-5-01. |
| 09/15/1993 | Attempted Prison Breach | 5-12-94, 4 Months (5-6) |
| 09/12/1994 | Shoplifting | 10-18-94, 90 days, $300 fine ESS; 1 yr. Probation. (occurred while on escape) (6-6) |
| 01/12/1998 | Shoplifting | 12-7-99; 60 days confinement; ESS 25 day, 1 yr probation. (7-7) |
| 09/25/2001 | Attempted Distribution Heroin | 9-20-02, 1 yr confinement, ESS; 12 months probation; 7-24-03 probation revoked. (8-8) |
| 09/26/2001 | Attempt Distribution of Heroin (33-541) (F 6069-01) | 1 year ESS and 1 year probation on 9/20/02 (9-8); Probation revoked on 7/24/03 and he was sentenced to 1 year with 3 months Supervised Release (9-8). Released on 12/17/03; Revoked on 9/7/04 (9-9). Released on 6/29/05. |

[Handwritten annotations: "Revocation sentence had less" with arrow "10-2003 OR LESS"]

SFS Item B   Rule: Prior commitments of more than thirty days (adult or juvenile)
                    None = 2; One or two = 1; Three or more = 0
             Score: SFS Item B = 0
             Explanation: Subject has 9 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

SFS Item C   Rule: Age at current offense/prior commitments

[Handwritten: "If go back to original sentence and time credited, it shall not be back closed than Oct-10-2003. And Supervise release should had been up as of January 2004, it also sul credit time was computed also 9-25-2001 thru-10-11-200 Time should had been running on Supervise Release although affected was still..."]

05-07-2002 12-17-2002

TOTAL PRIOR CREDIT TIME.........: 242
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-24-2003
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-24-2003

ACTUAL SATISFACTION DATE........: 12-17-2003
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: CBR
ACTUAL SATISFACTION KEYED BY....: RLW

Illegal Detention
Should had been release Oct 10, 2003 or less, waiting for more information of documents from B.O.P

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0

RECEIVED IN MXRO FOR DESIGNATION ON 12/17/03, TIME HAD BEEN SERVED AS OF 11/24/03. MEMO/RELEASE PAPERWORK TO USM TO RELEASE IMMEDIATELY.

Should be Oct. 10, 2003 OR less - upon waiting for more documents from the B.O.P

G0002 MORE PAGES TO FOLLOW . . .

RIVAN 540*23 * SENTENCE MONITORING * 12-07-2006
PAGE 007 * COMPUTATION DATA * 14:58:14
AS OF 02-05-2001

REGNO..: 02076-000 NAME: FORD, KEVIN C

FBI NO...........: 227174V6 DATE OF BIRTH: 04-28-1956
ARS1.............: RIV/A-DES
UNIT.............: D QUARTERS.....: D04-109L
DETAINERS........: NO NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 02-05-2001 VIA MAND PAR

*stepback*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
V.

KEVIN C FORD

JUDGMENT IN A CRIMINAL CASE

Case Number: F 6069 - 01 C
PDID No. 312-985

### THE DEFENDANT:

☒ ENTERED A PLEA OF GUILTY TO COUNT (S)   C

☐ WAS FOUND GUILTY ON COUNT (S) _____
    AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date of Offense |
|---|---|---|---|
| Count C | ATTEMPT DISTRIBUTION OF HEROIN | | SEPT 25, 2001 |

### SENTENCE OF THE COURT

PROBATION REVOKED, COUNT C, ONE YEAR IN JAIL WITH CREDIT FOR TIME SERVED, FOLLOWED BY THREE MONTHS SUPERVISED RELEASE.

☒ The defendant is hereby committed to the custody of the Attorney General to be imprisoned for a total term of,
ONE YEAR         ☐ MANDATORY MINIMUM term of _____ applies.

☒ Upon release from imprisonment, the defendant shall be on supervised release for a term of   THREE MONTHS

☐ The Court makes the following recommendations to the Bureau of Prisons:

Costs in the aggregate amount of $ 100.00   have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☒ have   ☐ have not been paid.

July 24, 2003
Date

A TRUE COPY
TEST: 12-27-06

Clerk Superior Court of the District of Columbia
By: _____ Deputy Clerk

Judge
"ANN O. KEARY, Associate Judge"
Name and Title of Judicial Officer

Certification by Clerk pursuant to Criminal Rule 32(d).
July 24, 2003
Date

KAREN W. FRANKLIN
Deputy Clerk

```
                    RIVERS CORRECTIONAL INSTITUTION
                         Resident Account Summary
                      Thursday, February 15, 2007  @15:20
```

| For REG: 02076000 | FORD, KEVIN | | | | | Reference |
|---|---|---|---|---|---|---|
| Date | Transaction | Description | Amount | Balance | Owed | Held |
| 02/09/2007 | EPR | OID:100058093-ComisaryPur | -15.35 | 0.82 | 0.00 | 0.00 |
| 02/02/2007 | PAYROLL | Substance Abuse Class | 11.04 | 16.17 | 0.00 | 0.00 |
| 02/01/2007 | PAYROLL | OID:100056682-ComisaryPur | 4.80 | 5.13 | 0.00 | 0.00 |
| 01/26/2007 | EPR | OID:100055195-ComisaryPur | -3.19 | 0.33 | 0.00 | 0.00 |
| 01/12/2007 | EPR | DEPT OF CORRECTION | -36.63 | 3.52 | 0.00 | 0.00 |
| 01/09/2007 | DEPMO | FS AM | 25.00 | 40.15 | 0.00 | 0.00 |
| 01/08/2007 | PAYROLL | Payment for IND POSTAGE o | 6.24 | 15.15 | 0.00 | 0.00 |
| 01/04/2007 | <IND POSTAG | Pod Orderly PM | -1.17 | 8.91 | 1.17 | 0.00 |
| 01/04/2007 | PAYROLL | | 10.08 | 10.08 | 1.17 | 0.00 |
| 12/04/2006 | IND POSTAGE STAMPS | | 1.17 | 0.00 | 1.17 | 0.00 |
| 11/30/2006 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 |

Page 1