FILED

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN CHARLES FORD, SR. ) | |
| ) | |
| Petitioner, ) | Case: 1:07-cv-00542 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 03/19/2007 |
| ) | Description: KEVIN C. FORD V. GEORGE SNYDER |
| GEORGE SNYDER, ) | |
| ) | |
| Respondent. ) | |

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at the Rivers Correctional Institution in Winton, North Carolina.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

DATE: 3/8/07

_____
United States District Judge